IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| Edward P. Hudak and Lisa M. Hudak, <br><br> Plaintiff(s), <br><br> v. <br><br> Selene Finance LP <br> _____, <br><br> Defendant(s)/ <br> Third-Party Plaintiff(s), <br><br> v. <br><br> _____, <br><br> Third-Party Defendant(s). | Civil Action No. 1:15-cv-00020-IM |

DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
(Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Selene Finance LP, (type of party) who is Defendant (name of party), makes the following disclosure:

1. Is the party a non-governmental corporate party?

    ☒ YES    ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

Selene Finance LP is an indirect wholly owned subsidiary of Selene Holdings LLC.

3. If the answer to Number 1 is "yes," list below any publically-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

None.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ W. Scott Campbell, Esquire
Signature of Counsel for Party

Date: 02/19/2015